**Order entered September 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01101-CV

### MICHAEL HILL, Appellant

### V.

### SHERMCO INDUSTRIES, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04535**

## ORDER

On February 11, 2013, the Court ordered Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file either the reporter's record or written verification that no hearings were recorded or no payment. By letter dated March 12, 2013, Sheretta Martin informed the Court that appellant had not requested preparation of the reporter's record. Accordingly, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c)(1) & (2).

The clerk's record was filed on September 10, 2013. Appellant filed his brief on May 20, 2013 before the clerk's record was filed. Appellant's brief is wholly deficient. *See* TEX. R. APP. P. 38.1. Accordingly, we **STRIKE** appellant's brief. We **ORDER** appellant to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, an amended brief that complies with the

requirements set forth in rule of appellate procedure 38.1.  We caution appellant that failure to file an amended brief within thirty days of the date of this order will result in dismissal of the appeal without further notice.  *See* TEX. R. APP. P. 38.8(a)(1).


/s/  DAVID LEWIS
    JUSTICE